# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW WASIAK, | Case No.: 2:11-cv-01190-GMN-PAL |
| Plaintiff, | **ORDER** |
| vs. | |
| CAL-WESTERN RECONVEYANCE CORP. *et al.*, | |
| Defendants. | |

Before the Court is Plaintiff Andrew Wasiak's Motion for Stay Pending Appeal (ECF No. 39). Plaintiff fails to demonstrate that he is entitled to a stay under Rule 62(d). Rule 62(d) applies to a stay of judgment pending appeal by the posting of a supersedeas bond. *See* Fed. R. Civ. P. 62(d). However, this Court has not entered a judgment against Plaintiff. This Court simply dismissed Plaintiff's complaint. If Plaintiff seeks to have a state court foreclosure or eviction proceeding stayed, the proper place to pursue that action is in the court that entered that judgment. *Silving v. Wells Fargo Bank, NA*, No. CV-11-00676-PHX-DGC, 2012 WL 780866, at *2 (D.Ariz. March 9, 2012).

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Stay Pending Appeal (ECF No. 39) is **DENIED**.

**DATED** this 7th day of June, 2012.

_____
Gloria M. Navarro
United States District Judge