UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW WASIAK, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CAL-WESTERN RECONVEYANCE ) <br> CORPORATION, a Foreign Corporation; U.S. ) <br> BANK N.A., as Trustee for Bears Stearns Arm ) <br> Trust 2004-6; PNC BANK MORTGAGE, a ) <br> Foreign Corporation, DOES I through X, and ) <br> ROE CORPORATIONS I through X, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 2:11-cv-01190-GMN-PAL <br><br> **ORDER** |

Pending before the Court is Plaintiff Andrew Wasiak's Motion to Allow Filing of Sur-Reply (ECF No. 41).  Defendant PNC Bank Mortgage ("Defendant PNC") filed a Response (ECF No. 42).  The Court will consider Plaintiff's Sur-Reply when ruling on Defendant PNC's underlying Motion for Attorneys' Fees (ECF No. 35).  Defendant PNC's Response to Plaintiff's Motion to File Sur-Reply (ECF No. 42) shall be construed as a Response to Plaintiff's Sur-Reply.

The Court has reviewed the briefs on file herein, and finds good cause to grant Plaintiff's Motion.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Andrew Wasiak's Motion to Allow Filing of Sur-Reply (ECF No. 41), is hereby **GRANTED**.

**DATED** this 18th day of October, 2012.

_____
Gloria M. Navarro
United States District Judge