1
2
3
4
5                          **UNITED STATES DISTRICT COURT**
6                              **DISTRICT OF NEVADA**

7    ANDREW WASIAK,                          )
                                             )       Case No. 2:11-cv-01190-GMN-PAL
8                          Plaintiff,         )
                                             )              **ORDER**
9    vs.                                     )
                                             )       (Mtn for Atty Fees - Dkt. #35)
10   CAL-WESTERN RECONVEYANCE               )
     CORPORATION, et al.,                    )
11                                           )
                                             )
12                         Defendants.        )
     _____ )
13

14         This matter is before the court on Defendant PNC Bank Mortgage's Motion for Attorneys' Fees

15   (Dkt. #35) which the district judge referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and

16   Local Rule IB 1-4 for a report of findings and recommendation on October 19, 2012.

17         A review of the docket reflects that the parties filed a Notice of Settlement (Dkt. #44) on

18   November 1, 2012, which represents they have settled this case.  The Notice provides that the

19   settlement documents are being prepared, and Defendants expect they will be executed within thirty

20   days.  *Id.* at 1:19-21.

21         Accordingly,

22         **IT IS ORDERED:**

23         1.      Defendant PNC's Motion for Attorneys' Fees (Dkt. #35) is DEEMED WITHDRAWN.

24         2.      In the event the parties are unable to complete the settlement, Defendant PNC need only

25                 file a notice requesting its Motion for Attorney Fees be put back on for decision.

26         Dated this 5th day of November, 2012.

27

28                                                    _____
                                                      PEGGY A. LEEN
                                                      UNITED STATES MAGISTRATE JUDGE