# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ANDREW WASIAK,

          Plaintiff,

vs.

CAL-WESTERN RECONVEYANCE CORPORATION, et al.,

          Defendants.

Case No. 2:11-cv-01190-GMN-PAL

**ORDER**

(Mtn for Atty Fees - Dkt. #35)

    This matter is before the court on Defendant PNC Bank Mortgage's Motion for Attorneys' Fees (Dkt. #35) which the district judge referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 for a report of findings and recommendation on October 19, 2012.

    A review of the docket reflects that the parties filed a Notice of Settlement (Dkt. #44) on November 1, 2012, which represents they have settled this case.  The Notice provides that the settlement documents are being prepared, and Defendants expect they will be executed within thirty days.  *Id.* at 1:19-21.

    Accordingly,

    **IT IS ORDERED:**

    1.    Defendant PNC's Motion for Attorneys' Fees (Dkt. #35) is DEEMED WITHDRAWN.

    2.    In the event the parties are unable to complete the settlement, Defendant PNC need only file a notice requesting its Motion for Attorney Fees be put back on for decision.

Dated this 5th day of November, 2012.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE